T. H. CORNELL, as Executor, etc., of the Estate of T. G. CORNELL, Deceased, Respondent, v. R. POLIAKOFF, Appellant.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of ALBERTINA REALTY COMPANY, Appellant, Respondent, to Compel JACOB R. SCHIFF and Others to Pay over Certain Moneys and for Substitution of Attorneys, etc., Respondents, Appellants.— Order so far as appealed from modified by reducing the fee of the defendants to the sum of $5,000 and disbursements, and as so modified affirmed, with ten dollars costs and disbursements to the petitioner. No opinion. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of CHARLES L. AYASSE, Appellant, against GEORGE J. RYAN, President, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of EDWARD F. FARRELL, Appellant, against GEORGE J. RYAN, President, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of BERNARD O. HAASE, Appellant, against GEORGE J. RYAN, President, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of ALEXANDER LOEWY, Appellant, against GEORGE J. RYAN, President, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. . Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of CLAUDE WATERS, Appellant, against GEORGE J. RYAN, President, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of LEON SHALOV, Respondent, Re MICHELE GRIECO and Others, against CECIL B. RUSKAY and MATHILDE SHNEER, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; Martin, J., dissents and votes to reverse and deny the motion. Settle order on notice.

JOSEPH B. MAYER, Respondent, v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ. [143 Misc. 714.]